JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACI LOCKE,<br><br>             Plaintiff,<br><br>    v.<br><br>WHITE CAP CORPORATIONS, a corporation; and DOES 1-100, inclusive<br><br>             Defendants. | Case No. SA CV 08-00677 JVS (ANx)<br><br>**ORDER TO DISMISS ENTIRE CIVIL ACTION WITH PREJUDICE**<br><br>Filed Concurrently with Stipulation To Dismiss Entire Civil Action With Prejudice<br><br>Hon. James V. Selna; C10 |

ORDER TO DISMISS ENTIRE CIVIL ACTION WITH PREJUDICE

1        Having considered the parties' Stipulation to Dismiss Entire Civil Action with

2 Prejudice, IT IS HEREBY ORDERED that:

3        The above-entitled action is dismissed with prejudice in its entirety pursuant

4 to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each party shall bear her /

5 its own attorneys' fees and costs.

6

7        **IT IS SO ORDERED.**

8

9

10 Dated: November 13, 2009                                               

                                         Honorable James V. Selna
11                                          United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER TO DISMISS ENTIRE CIVIL ACTION WITH PREJUDICE**